IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

DOMINIQUE T. GULLEY,

    Plaintiff,

v.

HONORABLE STEPHEN ERIC EHLKE,

    Defendant.

JUDGMENT IN A CIVIL CASE

11-cv-843-wmc

---

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case for plaintiff Dominique T. Gulley's failure to state a claim for relief under federal law.

_____       8-24-12
Peter Oppeneer, Clerk of Court                                          Date